UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| THOMAS M. McDONALD, an individual, | Case No. 2:09-cv-01470-MMD-PAL |
|---|---|
| Plaintiff, | |
| v. | ORDER |
| STEVEN C. PALACIOS, an individual; and SARAH NELSON, an individual; PALACIOS FAMILY TRUST DATED MAY 10, 2006, | |
| Defendants. | |
| AND ALL RELATED CLAIMS | |

The Court has reviewed the parties' status reports (dkt. nos. 108-111) and finds good cause exists to order a settlement conference.

IT IS THEREFORE ORDERED that third party plaintiffs and third party defendants Leonard S. Krick and United Business Brokers of Nevada, LLC schedule a settlement conference with Magistrate Judge Robert A. McQuaid, Jr. forthwith. This order does not impact discovery in this case.

ENTERED THIS 19th day of April 2013.

_____
MIRANDA DU
UNITED STATES DISTRICT JUDGE