UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| THOMAS M. McDONALD,<br><br>                              Plaintiff,<br>       v.<br><br>STEVEN C. PALACIOS, *et al.*,<br><br>                              Defendant. | Case No. 2:09-cv-01470-MMD-PAL<br><br>ORDER |

Before the Court is Third Party Defendant United Business Brokers of Nevada, LLC's ("UBB") motion for clarification regarding the Court's Order ("Order") on summary judgment ("Motion"). (Dkt. no. 155.) The Order granted in part and denied in part Third Party Defendant Leonard S. Krick's ("Krick") Motion for Summary Judgment. (Dkt. no. 152.) UBB filed joinders to Krick's motion and reply brief. (Dkt. Nos. 139, 146.) Good cause appearing, it is ordered that UBB's motion for clarification (dkt. no. 155) is granted. The Order entered on September 30, 2014 (dkt. no. 152) also applies to UBB.

DATED THIS 3rd day of November 2014.

_____
MIRANDA DU
UNITED STATES DISTRICT JUDGE