**BEASLEY LAW GROUP, PC**
Matthew Beasley, Esq.
Nevada Bar Number: 9756
matthew@beasleylawgrouplv.com
1872 Shy Albatross Avenue
North Las Vegas, Nevada 89084
(702) 483-6800
Attorneys for Defendants/Counterclaimants/
Third-Party Plaintiffs

# UNITED STATES DISTRICT COURT
## DISTRICT COURT OF NEVADA

| | |
|---|---|
| THOMAS M. McDONALD, an individual, | Case No.: 2:09-cv-01470 –MMD-PAL |
| Plaintiff, | |
| v. | |
| STEVEN C. PALACIOS, an individual; SARA NELSON, an individual; and PALACIOS FAMILY TRUST DATED MAY 10, 2006; | **STIPULATION AND ORDER TO DISMISS THIRD-PARTY DEFENDANT BARBARA MCDONALD** |
| Defendants. | |
| AND ALL RELATED CLAIMS. | |

COME NOW, Defendants/Third-Party Plaintiffs, STEVEN C. PALACIOS and the PALACIOS FAMILY TRUST DATED MAY 10, 2006, by and through their attorney, Matthew Beasley of the Beasley Law Group, PC and Third-Party Defendant BARBARA MCDONALD, by and through her attorneys, Brian Boschee, Esq. of Holley, Driggs, Walch, Puzey & Thompson and stipulate and agree as follows:

1. That Third-Party Plaintiff Steven C. Palacios and the Palacios Family Trust Dated May 10, 2006 agree to dismiss all Third-Party claims against Third-Party Defendant Barbara McDonald; and

2. Each party to bear their own attorney's fees and costs incurred herein.

| BEASLEY LAW GROUP, PC | HOLLEY, DRIGGS, WALCH, PUZEY & THOMPSON |
|---|---|
| By: /s/ Matthew Beasley, Esq. | By: /s/ Brian Boschee, Esq. |
| Matthew Beasley, Esq. | Brian Boschee, Esq. |
| Nevada State Bar No.: 9756 | Nevada State Bar No.: 7612 |
| 1872 Shy Albatross Avenue | 400 South Fourth Street, 3rd Floor |
| North Las Vegas, Nevada 89084 | Las Vegas, Nevada 89101 |
| Telephone: (702) 483.6800 | Telephone: (702) 791-0308 |
| Facsimile: (702) 998.6534 | Facsimile: (702) 791-1912 |
| Attorneys for Defendants/Third – Party Plaintiffs Steven C. Palacios and The Palacios Family Trust Dated May 10, 2006 | Attorneys for Third-Party Defendant Barbara McDonald |

**IT IS SO ORDERED.**

DATED this 1st day of April 2015.

_____
UNITED STATES DISTRICT JUDGE
MIRANDA DU