M NELSON SEGEL, CHARTERED
M NELSON SEGEL, ESQUIRE
Nevada Bar No. 0530
624 South 9th Street
Las Vegas, Nevada 89101-5909
Telephone (702) 385-5266
Facsimile (702) 382-2967
Email: nelson@nelsonsegel.com
*Attorneys for Third-Party Defendant/
Third-Party Counterclaimant Leonard S. Krick*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

-o0o-

| | |
|---|---|
| THOMAS M. McDONALD, an individual;<br><br>Plaintiff,<br><br>vs.<br><br>STEVEN C. PALACIOS, an individual;<br>PALACIOS FAMILY TRUST DATED<br>MAY 10, 2006;<br><br>Defendants. | Case No. 2:09-cv-01470-MMD-PAL<br><br><br><br><br>**STIPULATION AND ORDER<br>TO EXTEND DEADLINE FOR<br>FILING POST-HEARING BRIEFS<br>(FIRST REQUEST)** |
| STEVEN C. PALACIOS, an individual;<br>PALACIOS FAMILY TRUST DATED<br>MAY 10, 2006;<br><br>Counter-Claimant,<br><br>vs.<br><br>THOMAS M. McDONALD, an individual;<br><br>Counter-Defendant. | |
| STEVEN C. PALACIOS, an individual and<br>PALACIOS FAMILY TRUST DATED<br>MAY 10, 2006;<br><br>Third-Party Plaintiff,<br><br>vs.<br><br>BARBARA McDONALD, an individual;<br>SHARON WISHON, an individual; | DATE:   N/A<br><br>TIME:   N/A |

| | |
|---|---|
| 1 | BRIAN BAILES, an individual; PACIFIC SUN     ) |
|   | NURSERIES, INC., a California corporation;      ) |
| 2 | CONRAD HOLDINGS, LLC, a Nevada limited    ) |
|   | liability company; UNITED BUSINESS BROKERS) |
| 3 | OF NEVADA, LLC, a Nevada limited liability    ) |
|   | company; LEONARD S. KRICK, an agent of United) |
| 4 | Business Brokers; DOES 1 through 100; and ROE  ) |
|   | CORPORATIONS 1 through 100,                              ) |
| 5 |                                                                                  ) |
|   |                     Third-Party Defendants.                     ) |
| 6 | _____) |
|   | LEONARD S. KRICK,                                              ) |
| 7 |                                                                                  ) |
|   |                     Third-Party Counter-Claimant,         ) |
| 8 |                                                                                  ) |
|   | vs.                                                                           ) |
| 9 |                                                                                  ) |
|   | STEVEN C. PALACIOS, AN INDIVIDUAL, AND ) |
| 10 | PALACIOS FAMILY TRUST DATED MAY 10,    ) |
|    | 2006,                                                                         ) |
| 11 |                                                                                  ) |
|    |                     Third-Party Counterdefendants.        ) |
| 12 | _____) |

Trial of this matter concluded on Thursday, April 9, 2015, where the Court ordered the parties to complete post-trial briefs within two weeks of the completion of the transcripts in this matter. The Parties were advised that the transcripts were completed on Friday, June 5, 2015 and a Minute Order was issued requiring briefs to be filed on or before June 22, 2015.

Counsel for Third Party Defendant Leonard Krick has a vacation scheduled for June 10, 2015, through June 17, 2015, which will interfere with his ability to complete the post-hearing brief.

Counsel for Defendants and Third Party Plaintiffs is scheduled to be on vacation from June 20, 2015, through June 28, 2015, which will interfere with his ability to complete his brief within the time frame set forth by the Court on April 9, 2015.

Counsel for parties, Plaintiff/Counter-Defendant Thomas McDonald and Third-Party Defendants Barbara McDonald, Brian Bailes and Conrad Holdings (collectively referred to as the "McDonald Parties"), Defendants/Third-Party Plaintiffs Steven C. Palacios, Sarah Nelson and the Palacios Family Trust Dated May 10, 2006, Third-Party Defendant Leonard S. Krick ("Krick"), Third-Party Defendant United Business Brokers of Nevada, LLC, (all the aforementioned parties will be collectively referred to as the "Parties"), respectfully submit the following Stipulation and

Order to Extend Briefing Schedule ("First Request) (the "Stipulation") and request that the Court extend the deadline to file the post-hearing briefs to July 8, 2015.

DATED this 9th day of June, 2015.

| COTTON, DRIGGS, WALCH, HOLLEY, WOLOSON & THOMPSON | BEASLEY LAW GROUP, INC. |
|---|---|
| /s/ BRIAN BOSCHEE<br>BRIAN W. BOSCHEE, ESQ. (NBN 7612)<br>WILLIAM N. MILLER, ESQ. (NBN 11658)<br>400 South Fourth Street, Third Floor<br>Las Vegas, Nevada 89101<br>Attorneys for Thomas M McDonald, Barbara McDonald, Brian Bailes & Conrad Holdings | /s/ MATTHEW BEASLEY<br>MATTHEW BEASLEY, ESQ. (NBN 9756)<br>1872 Shy Albatross Avenue<br>North Las Vegas, Nevada 89084<br>Attorneys for Steven C Palacios, Sarah Nelson, and the Palacios Family Trust dated May 10, 2006 |
| M NELSON SEGEL, CHARTERED | ALVERSON, TAYLOR, MORTENSEN & SANDERS |
| /s/ M NELSON SEGEL<br>M NELSON SEGEL, ESQ. (NBN 0530)<br>624 South 9th Street<br>Las Vegas, Nevada 89101<br>Attorneys for Leonard S Krick | /s/ KURT BONDS<br>KURT R. BONDS, ESQ. (NBN 6228)<br>MATT PRUITT, ESQ. (NBN 12474)<br>7401 W. Charleston Boulevard<br>Las Vegas, Nevada 89117<br>Attorneys for United Business Brokers of Nevada, LLC |

**ORDER**

The Court having reviewed the Stipulation, the pleadings and papers on filed herein, and good cause appearing:

IT IS HEREBY ORDERED that the deadline to post-hearing briefs is extended to, and including, July 8, 2015.

IT IS SO ORDERED.

DATED: June 9, 2015

_____
UNITED STATES DISTRICT JUDGE/
UNITED STATES MAGISTRATE JUDGE